| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Harrington & King South, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   62-1047859

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3939 Michigan Avenue Road NE** <br> **Cleveland, TN 37323** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bradley** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   www.hkperf.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Harrington & King South, Inc.**  _____   Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **The Harrington & King Perforating Co., Inc.**   Relationship **Parent Corporation**

District **N.D. Ill.**   When **5/07/16**   Case number, if known _____

Debtor **Harrington & King South, Inc.** _____ Case number (*if known*) _____

Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. | |
| **14. Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15. Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Harrington & King South, Inc.** Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May  7, 2016**
MM / DD / YYYY

X **/s/ Greg McCallister**                                **Greg McCallister**
Signature of authorized representative of debtor           Printed name

Title **Chief Restructuring Officer & Chief Operating Officer**

**18. Signature of attorney**

X **/s/ William J. Factor**                Date **May  7, 2016**
Signature of attorney for debtor                MM / DD / YYYY

**William J. Factor**
Printed name

**FactorLaw**
Firm name

**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone  **312-878-4830**         Email address  **wfactor@wfactorlaw.com**

**6205675**
Bar number and State

Debtor: Harrington & King South, Inc.  
Name

Case 16-15651    Doc 1    Filed 05/07/16    Entered 05/07/16 22:29:06    Desc Main
Document    Page 5 of 16

5/06/16 6:06PM

Case number (if known)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 7, 2016
              MM / DD / YYYY

X _[signature]_

Signature of authorized representative of debtor

Greg McCallister
Printed name

Title: Chief Restructuring Officer & Chief Operating Officer

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  May 7, 2016
      MM / DD / YYYY

William J. Factor
Printed name

FactorLaw
Firm name

105 W. Madison St., Suite 1500
Chicago, IL 60602
Number, Street, City, State & ZIP Code

Contact phone  312-878-4830     Email address  wfactor@wfactorlaw.com

6205675
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Harrington & King South, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

      Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May  7, 2016           X  /s/ Greg McCallister
                                         Signature of individual signing on behalf of debtor

                                         Greg McCallister
                                         Printed name

                                         Chief Restructuring Officer & Chief Operating Officer
                                         Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: **Harrington & King South, Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A&A Systems LLC PO BOX 120 Ooltewah, TN 37363 | | | | | | $3,655.57 |
| Cleveland Utilities 2450 Guthrie Ave NW Cleveland, TN 37311 | | | | | | $7,910.00 |
| Conasauga Wood Preservers P.O. Box 2 Conasauga, TN 37316-0012 | | | | | | $5,670.00 |
| Direct Metals Co., LLC 3775 Cobb International Blvd. Kennesaw, GA 30152 | | | | | | $3,685.00 |
| Environmental Coatings, Inc. 1060 Nine North Dr. Alpharetta, GA 30004-2958 | | | | | | $2,815.00 |
| Fastenal Company PO Box 1286 Winona, MN 55987-1286 | | | | | | $2,767.77 |
| HOSTEDTEL LTD (VOIP CLEAR) 1930 VILLAGE CENTER CIRCLE #3-9608 Las Vegas, NV 89134 | | | | | | $14,766.74 |
| Integrity Stainless (H&KSOUTH) P O Box 74615 Cleveland, OH 44194 | | | | | | $32,849.43 |

| Debtor | **Harrington & King South, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Main Steel**<br>PO Box 66310<br>Chicago, IL 60666 | | | | | | $24,765.60 |
| **MAJESTIC STEEL USA, INC.**<br>NW 6118<br>PO BOX 5161<br>Minneapolis, MN 55485-6118 | | | | | | $58,253.34 |
| **MCP FOR HIRE INC DBA VOIPCLEAR**<br>1900 E GOLF RD ST 950<br>Schaumburg, IL 60173 | | | | | | $25,501.55 |
| **MOMAR MANUFACTURING**<br>PO BOX 19569<br>Atlanta, GA 30325 | | | | | | $2,566.03 |
| **NASHVILLE STEEL CORP**<br>7211 CENTENNIAL BLVD<br>Nashville, TN 37209 | | | | | | $19,980.00 |
| **OLYMPIC STEEL, INC.**<br>BOX 200683<br>Pittsburgh, PA 15251-0683 | | | | | | $37,056.96 |
| **PETROCHOICE LUBRICORP DBA PETROCHOICE**<br>PO BOX 7190<br>Knoxville, TN 37921 | | | | | | $4,335.89 |
| **PHOENIX METALS (TN)**<br>PO BOX 932589<br>Atlanta, GA 31193-2589 | | | | | | $164,713.01 |
| Randstad MC (5602)<br>PO Box 105046<br>Atlanta, GA 30348-5046 | | | | | | $55,699.01 |
| **TOWER OIL & TECHNOLOGY**<br>4300 S. TRIPP AVE.<br>Chicago, IL 60632 | | | | | | $2,694.12 |
| **TRUMPF, INC.**<br>DEPT. 135<br>PO BOX 150473<br>Hartford, CT 06115-0473 | | | | | | $25,050.19 |

Debtor **Harrington & King South, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **VALLEY MECHANICAL INC. 608 SALEM ROAD Rossville, GA 30741** | | | | | | $4,550.00 |

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Harrington & King South, Inc.**

Debtor(s)

Case No.
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **47**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **May 7, 2016**

*[signature]*

**Greg McCallister/Chief Restructuring Officer & Chief Operating Officer**
Signer/Title

A&A Systems LLC
PO BOX 120
Ooltewah, TN 37363


Air & Hydraulic Equipment, Inc
PO BOX 890065
Charlotte, NC 28289-0065


C&C Oxygen Company
3615 Rossville Blvd.
Chattanooga, TN 37407


Cleveland Business Machines
3142 Frazier Park Dr. NE
Cleveland, TN 37323


Cleveland Utilities
2450 Guthrie Ave NW
Cleveland, TN 37311


Conasauga Wood Preservers
P.O. Box 2
Conasauga, TN 37316-0012


Direct Metals Co., LLC
3775 Cobb International Blvd.
Kennesaw, GA 30152


DX MSO PLLC DBA AFC URGENT
1025 Peerless Crossing NW
Cleveland, TN 37312


Environmental Coatings, Inc.
1060 Nine North Dr.
Alpharetta, GA 30004-2958


Fastenal Company
PO Box 1286
Winona, MN 55987-1286


First Communications
Dept. 781115
PO Box 78000
Detroit, MI 48278-1115

```
Grainger
Dept. 850182619
Palatine, IL 60038-0001


HOSTEDTEL LTD (VOIP CLEAR)
1930 VILLAGE CENTER CIRCLE
#3-9608
Las Vegas, NV 89134


Integrity Stainless (H&KSOUTH)
P O Box 74615
Cleveland, OH 44194


Joe Rodgers Office
Supply Inc
PO Box 1227
Cleveland, TN 37364-1227


Main Steel
PO Box 66310
Chicago, IL 60666


MAJESTIC STEEL USA, INC.
NW 6118
PO BOX 5161
Minneapolis, MN 55485-6118


Material Handling, Inc
Clarklift
PO Box 1045
Dalton, GA 30722-1045


MAYFIELD BROTHERS PEST
PO BOX 5161
Cleveland, TN 37320


MCALISTER ENHANCEMENTS
c/o DAVID MCALISTER
216 COUNCIL ROAD NE
Charleston, TN 37310


MCP FOR HIRE INC
DBA VOIPCLEAR
1900 E GOLF RD ST 950
Schaumburg, IL 60173
```

```
MOMAR MANUFACTURING
PO BOX 19569
Atlanta, GA 30325


MSC INDUSTRIAL SUPPLY
DEPT CH 0075
Palatine, IL 60055-0075


NASHVILLE STEEL CORP
7211 CENTENNIAL BLVD
Nashville, TN 37209


OLD DOMINION FREIGHT
PO BOX 198475
Atlanta, GA 30384-8475


OLYMPIC STEEL, INC.
BOX 200683
Pittsburgh, PA 15251-0683


PETROCHOICE
LUBRICORP DBA PETROCHOICE
PO BOX 7190
Knoxville, TN 37921


PHOENIX METALS (TN)
PO BOX 932589
Atlanta, GA 31193-2589


PITNEY BOWES GLOBAL FINANCIAL SERV.
PO BOX 371887
Pittsburgh, PA 15250-7887


QUALITY MACHINING SERVICES
1455 BLYTHE FERRY RD.
Cleveland, TN 37312


Randstad MC (5602)
PO Box 105046
Atlanta, GA 30348-5046


RL CARRIERS
PO BOX 10020
Port William, OH 45164-2000
```

Roadrunner Transportation Sys's Inc
250 Old Chicago Dr
Bolingbrook, IL 60440

SAMUEL SON & CO., INC. ATLANTA
24784 NETWORK PLACE
Chicago, IL 60673-1247

SOUTHERN TOOL STEEL, LLC
PO BOX 731036
Dallas, TX 75373-1036

THE DYCHO COMPANY, INC.
PO BOX 731036
Niota, TN 37826

THOMAS PUBLISHING COMPANY
TPCO LLC
DEPT CH 14193
Palatine, IL 60055-4193

TOWER OIL & TECHNOLOGY
4300 S. TRIPP AVE.
Chicago, IL 60632

TOWER OIL & TECHNOLOGY TN
4300 SOUTH TRIPP AVE
Chicago, IL 60632

TRUMPF, INC.
DEPT. 135
PO BOX 150473
Hartford, CT 06115-0473

U.S. Electroplating Corp.
100 Field Street
West Babylon, NY 11704

United Parcel Service
Lockbox 577
Freeport, IL 61032-0577

VALLEY MECHANICAL INC.
608 SALEM ROAD
Rossville, GA 30741

```
WCI OF TN, CLEVELAND
PO BOX 660177
Dallas, TX 75266-0177


WELLS FARGO FINANCIAL LEASING
PO BOX 10306
Des Moines, IA 50306-0306


WILSON TOOL INT'L
CM# 9676
P.O. BOX 70870
Saint Paul, MN 55170-9676


WINGFIELD SCALE CO.
2205 HOLTZCLAW AVENUE
Chattanooga, TN 37404-4899
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Harrington & King South, Inc.**                                    Case No.
                         Debtor(s)                                          Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Harrington & King South, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Harrington & King Perforating Co.**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May  7, 2016** | **/s/ William J. Factor** |
| Date | **William J. Factor 6205675** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Harrington & King South, Inc.** |
| | **FactorLaw** |
| | **105 W. Madison St., Suite 1500** |
| | **Chicago, IL 60602** |
| | **312-878-4830 Fax:847-574-8233** |
| | **wfactor@wfactorlaw.com** |